# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| GENERAL DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER**<br>(28 U.S.C. § 292(b)) |
| --- | --- |

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Derrick Watson**, United States Chief District Judge for the District of Hawaii, to temporarily perform the duties of United States District Judge on an as-needed basis to preside over habeas corpus – alien detainee cases for the **Central District of California,** beginning on March 26, 2026, and ending on December 31, 2026, and for such additional time required in advance to prepare or thereafter to complete unfinished business.

DATED this 26th day of March 2026.

Mary H. Murguia
Chief Circuit Judge