UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DE JESUS ENAMORADO SAYADERA,<br><br>　　　　　　　　Petitioner,<br><br>　　　　　v.<br><br>FACILITY ADMINISTRATOR OF DESERT VIEW ANNEX, et al.,<br><br>　　　　　　　　Respondents. | Case No. 5:26-cv-04080-DKW (ADS)<br><br><br><br>ORDER |

Pursuant to the joint proposed order filed by the parties (Dkt. No. 13), IT IS HEREBY ORDERED:

1.　　The Petition is granted in part;

2.　　Within seven (7) days of entry of judgment, Respondents shall provide Petitioner Manuel de Jesus Enamorado Sayadera (A# 220-394-654) with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a);

3.　　At the bond hearing, the Respondent shall bear the burden of proving by clear and convincing evidence that Petitioner poses a danger to the

community or is a risk of flight;

4. The Immigration Judge shall consider Petitioner's ability to pay when setting a bond amount, as well as non-monetary alternatives to detention; and

5. Judgment is to be entered accordingly.

DATED: August 7, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge

Presented by:

/s/ Autumn D. Spaeth

THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2