UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DE JESUS ENAMORADO SAYADERA,<br>Petitioner,<br>v.<br>FACILITY ADMINISTRATOR OF DESERT VIEW ANNEX, et al.,<br>Respondents. | Case No. 5:26-cv-04080 DKW (ADS)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted in part. Within seven (7) days of entry of judgment, Respondents shall provide Petitioner Manuel de Jesus Enamorado Sayadera (A# 220-394-654) with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a).

DATED: August 7, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge